OPINION — AG — ** OPTOMETRISTS — OCULAR — DISPENSE ** 59 O.S. 584 [59-584], A PHARMACIST MAY DISPENSE OCULAR TOPICAL PHARMACEUTICAL AGENTS TO LICENSED OPTOMETRISTS WHO ARE CERTIFIED BY THE BOARD OF EXAMINERS IN OPTOMETRY TO ADMINISTER SAID PHARMACEUTICAL AGENTS IN THEIR PRACTICE. (DRUGS, QUALIFICATION, PHARMACY, CERTIFICATE, PHARMACIST, RECORD) CITE: 59 O.S. 353.1 [59-353.1](7), 59 O.S. 584 [59-584], 21 U.S.C.A. 353 (KAY KAREN KENNEDY)